No. 90–7733.   GRAY *v.* THOMPSON, WARDEN.   Sup. Ct. Va. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–7655.   MOISTER, AS CHAPTER 7 TRUSTEE FOR BUSENLEHNER ET AL. *v.* GENERAL MOTORS ACCEPTANCE CORP.; and MOISTER, AS CHAPTER 7 TRUSTEE FOR HOWARD *v.* FIRST NATIONAL BANK OF ATLANTA.   C. A. 11th Cir.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–7056.   SCOTT *v.* BUEHLER FOOD MARKETS, INC., 499 U. S. 952; and

No. 90–7127.   ENGLAND *v.* PENNSYLVANIA, 499 U. S. 964. Petitions for rehearing denied.

JUNE 3, 1991

No. 89–1929.   SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* MASSACHUSETTS ET AL.   C. A. 1st Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rust* v. *Sullivan*, *ante*, p. 173.

No. 90–890.   SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* PLANNED PARENTHOOD FEDERATION OF AMERICA ET AL.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rust* v. *Sullivan*, *ante*, p. 173.

No. 90–1578.   BACH ET AL. *v.* TRIDENT STEAMSHIP CO., INC., ET AL.   C. A. 5th Cir.   Certiorari granted, judgment vacated,